**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Raymond Duane Carter |
| Debtor 2 (Spouse, if filing) | Crystal Yvette Carter |
| United States Bankruptcy Court for the: | Southern District of IN |
| Case number | 15-03084 |

## Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor: **Maurice Gaston LLC**

Court claim no. (if known): 4-1

**Last 4 digits** of any number you use to identify the debtor's account: 4 3 1 1

**Date of payment change:**
Must be at least 21 days after date of this notice

07/01/20

**New total payment:**
Principal, interest, and escrow, if any

$ 552.73

---

**Part 1:** | **Escrow Account Payment Adjustment**

1. **Will there be a change in the debtor's escrow account payment?**

   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   _____

   Current escrow payment: $ _____   New escrow payment: $ _____

---

**Part 2:** | **Mortgage Payment Adjustment**

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☐ No
   ☒ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   _____

   Current interest rate: 5.375 %   New interest rate: 4.50 %

   Current principal and interest payment: $ 498.77   New principal and interest payment: $ 458.02

---

**Part 3:** | **Other Payment Change**

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   Current mortgage payment: $ _____   New mortgage payment: $ _____

---

Debtor 1    Raymond Duane Carter
　　　　　　First Name　　　Middle Name　　　Last Name

Case number *(if known)* 15-03084

---

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/Richard Postiglione                    Date  05/19/20
　Signature

Print:    Richard Postiglione                Title _____
　　　　　First Name　　　Middle Name　　　Last Name

Company    Friedman Vartolo LLP

Address    1325 Franklin Ave Suite 230
　　　　　　Number　　　　Street
　　　　　　Garden City　　　　　　　　NY　　11530
　　　　　　City　　　　　　　　　　　State　　ZIP Code

Contact phone   (212) 471-5100          Email  bankruptcy@friedmanvartolo.com

---

Official Form 410S1　　　　　**Notice of Mortgage Payment Change**　　　　　page **2**

**SN SERVICING CORPORATION**
323 FIFTH STREET
EUREKA CA 95501

(800) 603-0836
Para Español, Ext. 2660, 2643 o 2772
8:00 a.m. - 5:00 p.m. Pacific Time
Main Office NMLS #5985
Branch Office NMLS #9785

CRYSTAL CARTER
3446 W 61ST ST
INDIANAPOLIS IN 46228

May 8, 2020

RE: Loan Number: 

## Subsequent Interest Rate Adjustment Notice

THIS COMMUNICATION IS FROM A DEBT COLLECTOR. SN SERVICING CORPORATION, THEIR EMPLOYEES, AGENTS AND ATTORNEYS ARE ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED BY US WILL BE USED FOR THAT PURPOSE. TO THE EXTENT THAT YOU MAY HAVE RECEIVED A DISCHARGE IN BANKRUPTCY THIS COMMUNICATION SHOULD NOT BE CONSTRUED AS INTENT TO SUBJECT YOU TO PERSONAL LIABILITY FOR THE DISCHARGED DEBT.

### Changes to Your Mortgage Interest Rate and Payments on June 1, 2020

**Under the terms of your Adjustable-Rate Mortgage (ARM), you had a 6 month period during which your interest rate stayed the same. That period ends on June 1, 2020, so on that date your interest rate and mortgage payment change. After that, your interest rate may change every 6 months for the rest of your loan term.**

| | **Current** Rate and Monthly Payment | **New** Rate and Monthly Payment |
|---|---|---|
| Interest Rate | 5.375% | 4.50% |
| **Total Monthly Payment** | **$593.48** | **$552.73**<br>**(due July 1, 2020)** |

**IMPORTANT:** To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, Creditor retains rights under its security instrument, including the right to foreclose its lien.

**Interest Rate:** We calculated your interest rate by taking a published "index rate" and adding a certain number of percentage points, called the "margin." Under your loan agreement, your index rate is the 1st B.Day-6 Mo WSJ LIBOR and your margin is 3.4728%. The 1st B.Day-6 Mo WSJ LIBOR index is published Monthly in The Wall Street Journal. The index rate plus margin will be rounded to the nearest 0.125%.

**Rate Limits:** Your rate cannot go higher than 13.65%, or lower than 3.4728% over the life of the loan. Your rate can increase every 6 months by no more than 1.00%. Your rate can decrease every 6 months by no more than 1.00%.

**New Interest Rate and Monthly Payment:** The table above shows your new interest rate and new monthly payment. These amounts are based on the 1st B.Day-6 Mo WSJ LIBOR index, your margin, your loan balance of 80,886.49, and your remaining loan term of 290 months.

**Prepayment Penalty:** None

Please continue to mail your payments as previously directed. The title and telephone number of a person who will answer any question you may have regarding this notice is:

Name: Jody Lee
Title: Asset Manager
Toll Free Number: (800) 603-0836, ext: 2739

*If your account is not contractually current, the new payment amount will not go into effect until your loan is due for 07/01/2020.

**The index value used is the published value, as of the effective date stated on your Note, in the printed edition of the Wall Street Journal.

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF INDIANA

---------------------------------------------------------------X
          :

IN RE:                           :    CASE NO.: 15-03084-RLM-13

                                :    CHAPTER: 13

Raymond Duane Carter       :

                                :    HON. JUDGE.: Robyn L. Moberly

Crystal Yvette Carter,       :

                                :

Debtor.                      :

                                :

---------------------------------------------------------------X

## <u>CERTIFICATE OF SERVICE</u>

On May 21, 2020, I served a true copy of the annexed **NOTICE OF MORTGAGE PAYMENT CHANGE by** mailing the same by First Class Mail in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee, and the property address as indicated on the attached Service List annexed hereto.

By: /s/Richard Postiglione
FRIEDMAN VARTOLO LLP
85 Broad Street, Suite 501
New York, New York 10004
T: (212) 471-5100
F: (212) 471-5150

<u>**SERVICE LIST**</u>

Raymond Duane Carter
3446 W 61st St
Indianapolis, IN 46228
***Debtor***

Crystal Yvette Carter
aka Crystal Hatter-Carter
3446 W 61st St
Indianapolis, IN 46228
***Joint Debtor***

Keith Eirik Gifford
Redman Ludwig
151 N. Delaware Street
Suite 1106
Indianapolis, IN 46204
***Debtor's Attorney***

John Morgan Hauber
Office of John M. Hauber, Chapter 13 Trustee
320 N. Meridian St., Ste. 200
Indianapolis, IN 46204
***Trustee***

U.S. Trustee
Office of U.S. Trustee
101 W. Ohio St.. Ste. 1000
Indianapolis, IN 46204
***U.S. Trustee***